UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SEYMOUR "SY" GOLDSTEIN,<br><br>          Plaintiff,<br>v.<br>ARIA RESORT & CASINO,<br><br>          Defendant. | Case No. 2:15-cv-00541-RFB-PAL<br><br>**ORDER** |

Plaintiff Seymour "Sy" Goldstein has submitted a Second Amended Complaint (ECF No. 7) in accordance with the court's Order (ECF No. 6) dismissing his amended complaint with leave to amend. The court has reviewed the Second Amended Complaint and finds that it cures the deficiencies noted in the order.

Accordingly,

**IT IS ORDERED:**

1. The Clerk of the Court shall issue summons to Defendant Aria Resort & Casino.
2. Mr. Goldstein is advised to carefully review Rule 4 of the Federal Rules of Civil Procedure in order to properly serve Defendant. Pursuant to Rule 4(m), Goldstein must complete service by **July 31, 2017**.
3. From this point forward, Goldstein shall serve upon Defendant or, if appearance has been entered by counsel, upon the attorney, a copy of every pleading, motion, or other document filed with the Clerk of the Court pursuant to LR IC 1-1 and 4-1 of the Local Rules of Practice. In accordance with LR IC 4-1(d), the parties shall include with each filing a certificate of service stating that a true and correct copy of the document was served on an opposing party or counsel for an opposing party and indicating how service was accomplished. The court may disregard any paper received by a district

judge or magistrate judge that has not been filed with the Clerk of the Court, and any paper received by a district judge, magistrate judge, or the Clerk of the Court that fails to include a certificate of service.

Dated this 2nd day of May, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE